John Brink, Respondent, v. Crosstown Street Railway Company of Buffalo and International Railway Company, Appellants.— Judgment and order affirmed, with costs. All concurred.

John A. Gass, as Trustee, etc., Respondent, v. Anna R. Winter, Appellant.— Judgment and order affirmed, with costs. All concurred.

The City of Buffalo, Appellant, v. Buffalo Gas Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Woodward, J., delivered at the Special Term. (Reported in 82 Misc. Rep. 304.) All concurred.

The People of the State of New York, Respondent, v. Gaetano Marino, Appellant.— Judgment of conviction and order affirmed. All concurred.

The People of the State of New York ex rel. James O. Sebring, Respondent, v. The Common Council of the City of Corning and Others, Appellants.— Order previously entered denying motion to dismiss the appeal is vacated and set aside and the appeal is dismissed, without costs, it appearing on further disclosure of the facts on the argument of the appeal that no question involving the substantial rights of the parties remained after the resignation of relator. (See *People ex rel. Lewis* v. *Sherman*, 171 N. Y. 684.) All concurred.

Fayette A. Timmerman, Appellant, v. John W. Guinan, Respondent.— Judgment reversed and a new trial granted in the County Court, with costs to appellant to abide event. Held, that the evidence was sufficient to make out a case of fraud. All concurred, except Robson, J., who dissented.

Tracy Development Company, Respondent, v. Columbia Distilling Company and Another, Appellants, Impleaded with Charles D. Becker and Others.— Interlocutory judgment affirmed, with costs, with leave to the appellants to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Tracy Development Company, Respondent, v. Charles D. Becker and Others, Defendants, Impleaded with the People of the State of New York, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Helen M. McFarland, Respondent, v. The Commercial Travelers Mutual Accident Association of America, Appellant.— Judgment and order affirmed, with costs. All concurred.

Milton A. Curtiss, Respondent, v. Byron Curtiss, as Surviving Executor, etc., Appellant.— Judgment affirmed, with costs. All concurred, except Merrell, J., who dissented.

Draga Ognjenovich, Respondent, v. Troy Laundry and Machinery Company, Limited, Appellant.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that there is no evidence to sustain a judgment for the breach of contract set forth in the complaint and that the admission of evidence as to breach of another and different contract not pleaded and accruing since the commencement of the action, was error. All concurred.

Edward Dickinson, Respondent, v. Empire Engineering Corporation, Appellant.— Judgment and order affirmed, with costs. All concurred.